1  PETER D. KEISLER
   Assistant Attorney General
2
   McGREGOR W. SCOTT
3  United States Attorney
   KRISTIN S. DOOR
4  Assistant United States Attorney
   501 I Street, 10th Floor
5  Sacramento, California 95814
   Telephone:  (916) 554-2723
6  Fax: (916) 554-2900

7  MICHAEL F. HERTZ
   MICHAEL GRANSTON
8  MICHAL TINGLE
   Department of Justice
9  Civil Division
   Commercial Litigation Branch
10 P. O. Box 261
   Benjamin Franklin Station
11 Washington, D.C.  20044
   Telephone: (202) 307-1381
12
   Attorneys for the United States of America
13

**UNSEALED**

**FILED**
APR 19 2006
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**ORIGINAL LODGED**
APR 14 2006
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
_____ DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| [SEALED], | CIV.S-04-2575 LKK/DAD |
| Plaintiffs, | **ORDER** [Proposed] |
| v. | |
| [SEALED], | |
| Defendants. | **FILED UNDER SEAL** |

PETER D. KEISLER
Assistant Attorney General

McGREGOR W. SCOTT
United States Attorney
KRISTIN S. DOOR
Assistant United States Attorney
501 I Street, 10th Floor
Sacramento, California 95814
Telephone: (916) 554-2723
Fax: (916) 554-2900

MICHAEL F. HERTZ
MICHAEL GRANSTON
MICHAL TINGLE
Department of Justice
Civil Division
Commercial Litigation Branch
P. O. Box 261
Benjamin Franklin Station
Washington, D.C. 20044
Telephone: (202) 307-1381

Attorneys for the United States of America

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. RICHARD C. HASELTINE, <br><br>　　　　　　　Plaintiffs,<br><br>　　　v.<br><br>SAN JOAQUIN COUNTY, JOY ADOLESCENT TREATMENT CENTER, RODERICK REED, JILL REED, RALPH WHITE, and Does 1-150,<br><br>　　　　　　　Defendants. | 2-04-CV-2575 LKK/DAD<br><br>**ORDER [Proposed]**<br><br><br><br><br><br><br><br>**FILED UNDER SEAL** |

The United States having declined to intervene in this action pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), the Court rules as follows:

IT IS ORDERED that,

1. The amended complaint be unsealed and served upon the

defendant by the relator;

2. All other contents of the Court's file in this action remain under seal and not be made public or served upon the defendant, except for this Order and the United States of America's Notice of Election to Decline Intervention, which the relator will serve upon the defendant only after service of the amended complaint;

3. The seal be lifted as to all other matters occurring in this action after the date of this Order;

4. The parties shall serve all pleadings and motions filed in this action, including supporting memoranda, upon the United States, as provided for in 31 U.S.C. § 3730(c)(3). The United States may order any deposition transcripts and are entitled to intervene in this action, for good cause, at any time;

5. All orders of this Court shall be sent to the United States, and that

6. Should the relator or the defendant propose that this action be dismissed, settled, or otherwise discontinued, the Court will provide the United States with notice and an opportunity to be heard before ruling or granting its approval.

IT IS SO ORDERED,

This 18 day of April, 2006.

LAWRENCE K. KARLTON
Senior U.S. District Judge

-2-

## CERTIFICATE OF SERVICE BY MAIL

The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Eastern District of California and is a person of such age and discretion as to be competent to serve papers.

That on April 14, 2006, she served a copy of **ORDER [PROPOSED]** by placing said copy in a postpaid envelope addressed to the person(s) hereinafter named, at the place(s) and address(es) listed below, which is/are the last known address(es), and by depositing said envelope in the United States mail at Sacramento, California, or by placing said copy into an inter-office delivery receptacle located in the Clerk's Office.

SERVED BY U.S. MAIL                SERVED BY INTER-OFFICE DELIVERY

Brian Taugher, Esq.
980 9th Street, Suite 1900
Sacramento, CA 95814


_____
Deb Duckett