UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA
ex rel. RICHARD C. HASELTINE,

NO. CIV. S-04-2575 LKK/DAD

    Plaintiff,

  v.

O R D E R

SAN JOAQUIN COUNTY, et al.,

    Defendants.

/

The United States has declined to intervene in the above-captioned case. Good cause appearing, the Status Conference currently set for April 24, 2006 is CONTINUED to June 19, 2006 at 3:30 p.m. Relator is directed to serve the amended complaint, as well as a copy of this order, on defendants within twenty (20) days.

    IT IS SO ORDERED.

    DATED: April 24, 2006

/s/Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT