1   *Brian Taugher, P.C.*
    Brian Taugher (CA Bar No. 54671)
2   980 9th Street, Suite 1900
    Sacramento, California 95814
3   Phone:  916.447-9151
    Facsimile:  916.447-9161
4
    *Attorneys for* **Qui Tam** *Plaintiff* **Richard C. Haseltine**
5
    PETER D. KEISLER
6   Assistant Attorney General
7   McGREGOR W. SCOTT
8   United States Attorney
    KRISTIN S. DOOR
9   Assistant United States Attorney
    501 I Street, 10th Floor
10  Sacramento, California 95814
    Telephone:  (916) 554-2723
11  Fax: (916) 554-2900
12  MICHAEL F. HERTZ
13  MICHAEL GRANSTON
    MICHAL TINGLE
14  Department of Justice
    Civil Division
15  Commercial Litigation Branch
    P. O. Box 261
16  Benjamin Franklin Station
    Washington, D.C.  20044
17  Telephone: (202) 307-1381
18
    **Attorneys for the United States of America**
19
20              IN THE UNITED STATES DISTRICT COURT
21
22          FOR THE EASTERN DISTRICT OF CALIFORNIA
23
                                    )
24  UNITED STATES OF AMERICA *ex rel.*  )   CASE NO.:  CIV S-04-2575 LKK/DAD
    RICHARD C. HASELTINE,           )
25                                  )
              Plaintiffs,           )   **ORDER OF VOLUNTARY DISMISSAL**
26                                  )
    v.                              )
27                                  )
                                    )
28                                  )
    SAN JOAQUIN COUNTY, ALAMEDA     )

JOINT NOTICE OF VOLUNTARY DISMISSAL
          PAGE 1

COUNTY, CONTRA COSTA COUNTY,
KERN COUNTY, LOS ANGELES COUNTY,
ORANGE COUNTY, RIVERSIDE COUNTY,
SACRAMENTO COUNTY, SAN
BERNARDINO COUNTY, SAN DIEGO
COUNTY, SAN FRANCISCO COUNTY,
VENTURA COUNTY, YOLO COUNTY, JOY
ADOLESCENT TREATMENT CENTER,
RODERICK REED, JILL REED, RALPH
WHITE, and  Does 1-100

       Defendants.

_____

       The United States and Relator having submitted their Joint Notice of Voluntary Dismissal of this action pursuant to Federal Rules of Civil Procedure 41(a) and 31 U.S.C. § 3730(b)(1),

       IT IS HEREBY ORDERED that:

       1.     All claims in this action are dismissed without prejudice to Relator Richard C. Haseltine;

       2.     All claims in this action are dismissed without prejudice to the United States;

       3.     The complaint and amended complaint shall be unsealed;

       4.     All other contents of the Court's file in this action shall remain under seal and not be made public, except for this Order; the United States of America's and Relator's Joint Notice of Voluntary Dismissal of this Action; and the United States of America's Notice of Election to Decline Intervention and Order thereon.

       5.     The seal shall be lifted as to all matters occurring in this action after the date of this order.

    ////

    ////

    ////

    ////

    ////

BRIAN TAUGHER, P.C.
980 9TH STREET, SUITE 1900
SACRAMENTO, CA 95814
916-447-9151

1

2          6.      Relator and the United States of America shall bear their own costs and attorney

3    fees.

4          IT IS SO ORDERED.

5    Dated:   June 8, 2006.

6                                                          _____
                                                          LAWRENCE K. KARLTON
7                                                          Senior U.S. District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

BRIAN TAUGHER, P.C.
980 9TH STREET, SUITE 1900
SACRAMENTO, CA 95814
916-447-9151